# Court of Appeals
# of the State of Georgia

ATLANTA,  January 26, 2024

*The Court of Appeals hereby passes the following order:*

**A24D0206.  TYRON MARQUISS HARRIS v. THE STATE.**

Tyron Marquiss Harris filed in the trial court a pro se motion to modify sentence. On August 9, 2023, the court entered an order dismissing the motion, explaining that it had ruled already on a previous motion to modify sentence. Harris filed this discretionary application on November 22, 2023, in the Supreme Court of Georgia, which transferred the application to this Court. We lack jurisdiction.

To be timely, a discretionary application must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-35 (d). This statutory deadline is jurisdictional, and we cannot accept an application for appeal not made in compliance with OCGA § 5-6-35 (d). See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Here, Harris's application was filed 105 days after entry of the August 9,

2023 order.[1] Because Harris's application for discretionary appeal is untimely, we lack jurisdiction to consider the application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*   01/26/2024

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] In his application, Harris indicates that he wishes to appeal a trial court order entered on August 21, 2023. However, he has not included with his application any such order, and his application also would be untimely as to an August 21, 2023 order.